Center for Disability Access
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (626) 765-7625

Attorneys for Plaintiff

*[Additional attorneys listed on next page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeanette Jaime**, <br><br> Plaintiff, <br><br> v. <br><br> **City of Cathedral City;** and Does 1-10, Inclusive, <br><br> Defendants. | Case No.: 5:21-cv-00019-JWH-KK <br><br> **Joint Notice of Settlement and Motion to Vacate Pending Dates** <br><br> *[Proposed] Order filed concurrently herewith* <br><br> Presiding: Hon. John W. Holcomb |

Harvey W. Wimer III State Bar no. 66326
hwimer@gravesandking.com
Michael D. Sargent State Bar no. 221524
mdsargent@gravesandking.com
GRAVES & KING LLP
Attorneys at Law
3610 Fourteenth Street, Second Floor
Post Office Box 1548
Riverside, California 92502-1548
(951) 680-0100; Fax (951) 680-0700

Attorneys for the defendant,
CITY OF CATHEDRAL CITY

TO THE HONORABLE COURT:

Plaintiff Jeanette Jaime and Defendant City of Cathedral City (collectively "the Parties"), report that they have reached settlement terms in the above-captioned matter, that a settlement agreement reflecting those terms is in the process of being finalized and executed, and that the terms of settlement are anticipated to be completed within forty-five (45) days. These Parties therefore request forty-five (45) days within which to file a joint stipulation for dismissal.

Respectfully Submitted,

Dated: August 23, 2021

By: /s/ Michelle Uzeta
Michelle Uzeta, Esq.
Attorneys for Plaintiff

GRAVES & KING LLP

Dated: August 23, 2021

By: /s/ Michael D. Sargent
Michael D. Sargent, Esq.
Attorneys for Defendant

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: August 23, 2021

By: /s/ Michelle Uzeta
Michelle Uzeta, Esq.
Attorneys for Plaintiff