Center for Disability Access
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (626) 765-7625

Attorneys for Plaintiff

*[Additional attorneys listed on next page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeanette Jaime**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**City of Cathedral City;** and Does 1-10, Inclusive,<br><br>　　　　Defendants. | Case No.: 5:21-cv-00019-JWH-KK<br><br>**Joint Motion Requesting that the Court Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and Stipulation for Conditional Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2).**<br><br>*[Proposed] order filed concurrently herewith*<br><br>Presiding: Hon. John W. Holcomb |

1

Joint Motion Requesting that the Court Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and Stipulation for Conditional Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2)

Harvey W. Wimer III State Bar no. 66326
hwimer@gravesandking.com
Michael D. Sargent State Bar no. 221524
mdsargent@gravesandking.com
GRAVES & KING LLP
Attorneys at Law
3610 Fourteenth Street, Second Floor
Post Office Box 1548
Riverside, California 92502-1548
(951) 680-0100; Fax (951) 680-0700

Attorneys for the defendant,
CITY OF CATHEDRAL CITY

Joint Motion Requesting that the Court Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and Stipulation for Conditional Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2)

**WHEREAS**, Plaintiff Jeanette Jaime ("Plaintiff") filed the above-entitled matter against Defendant City of Cathedral City ("Defendant" or "City") on January 6, 2020 alleging violations of the Americans with Disabilities and related state law related to the City's operation of Panorama Park located at 28905 Avenida Maravilla in Cathedral City (hereinafter "Park") (Dkt No. 1);

**WHEREAS**, Plaintiff and the City (collectively "the Parties") have reached terms of settlement which have since been reduced to a written settlement agreement and executed by the Parties;

**WHEREAS**, the Parties' Settlement Agreement, and Exhibit A thereto, are attached hereto as **Exhibit 1**, and are incorporated fully herein by reference;

**WHEREAS**, the Parties' agree that the Settlement Agreement is in full and final settlement of Plaintiff's claims and this action;

**WHEREAS**, the terms of settlement require that the City:

1. Pay Plaintiff twenty thousand dollars ($20,000.00) in settlement of her claims for monetary relief by no later than September 25, 2021; and
2. Undertake remediation of the Park, including:
    a. Installation of an access point at the "T" intersection of Calada and Bella Vista Roads by August 25, 2022 and
    b. Completion of accessibility modifications as set forth in the January 20, 2021, CASp report attached as Exhibit A to the Settlement Agreement by August 23, 2023.

//
//
//
//

**ACCORDINGLY**, the Parties stipulate and jointly move that the Court dismiss the above-entitled action, subject to the Court's retention of jurisdiction to enforce the terms of their Settlement Agreement through August 25, 2023 under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-382 (1994).

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: September 2, 2021

By:   /s/ Michelle Uzeta
      Michelle Uzeta, Esq.
      Attorneys for Plaintiff

Dated: September 2, 2021

By:   /s/ Michael D. Sargent
      Michael D. Sargent, Esq.
      Attorneys for Plaintiff

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: September 2, 2021

By:   /s/ Michelle Uzeta
      Michelle Uzeta, Esq.
      Attorneys for Plaintiff